IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST MILLER, | No. CIV S-07-1538-FCD-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| ACCESS SECUREPAK, | |
| Defendant. | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is Plaintiff's "request for reconsideration" (Doc. 21).  Plaintiff is requesting this court award him a "money judgment" based on the Ninth Circuit's affirmation of this court's decision to dismiss his case for failure to state a claim.  There is no basis for this court to enter into a judgment in Plaintiff's favor, awarding him any monetary compensation.  His case was dismissed for failure to state a claim, and that dismissal was affirmed by the Ninth Circuit Court of Appeal.  Plaintiff is advised that this case is closed.  Any additional documents filed herein will be disregarded and no order will issue in response.

IT IS SO ORDERED.

DATED: January 14, 2010.

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

1